**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    B. BENEDICT WATERS,                          No.  C 04-4857 MJJ

5              Plaintiff,

6    v.                                           **ORDER GRANTING DEFENDANTS'
                                                  MOTION TO DISMISS PLAINTIFF'S
7                                                 COMPLAINT**

8    ROBERT THOMPSON; SELMA INAN,

9              Defendants.
                                         /
10

11          Plaintiff Benedict Waters, having fully litigated the case *Waters v. Samsel, et al.*, case no. 02-

12   4589 MJJ, now files this instant action against the prior defendant Robert Thompson and

13   Thompson's attorney, Deputy Attorney General S. Michele Inan (collectively, "Defendants").

14          The current action is an apparent attempt to rehash Plaintiff's original civil rights complaint

15   against Thompson, which was rejected by this Court and the Ninth Circuit Court of Appeals.  The

16   Court finds that, as stated in previous orders, Thompson is being sued in his official capacity as an

17   employee of PERB and is protected from suit by the Eleventh Amendment.  *See Will v. Michigan*

18   *Dept. of State Police*, 491 U.S. 58, 66, 71 (1989).  Additionally, the Court finds that Inan is being

19   sued in her official capacity as a deputy attorney general, and is also protected from suit by the

20   Eleventh Amendment.  *See Forster v. County of Santa Barbara*, 896 F.2d 1146, 1149 (9th Cir. 1990)

21   (per curiam).  Accordingly, the Court **GRANTS** Defendants' motion to dismiss without prejudice to

22   refiling in state court.

23

24          **IT IS SO ORDERED.**

25

26   Dated: April 28, 2005                         /s/
                                                   MARTIN J. JENKINS
27                                                 UNITED STATES DISTRICT JUDGE

28